U.S.A. vs **Lucio Rodriguez**　　　　　No. 08mj1239

The Court finds excludable delay, under the section indicated by check (✓),
commenced on _____ and ended on _____ ; (　　)
　　　　　　　　　 4-29-08　　　　　　and ended on　5-8-08　　　　　　　 . (XT4)

| | 3161(h) | |
|---|---|---|
| ___ | (1)(A) | Exam or hrg for **mental or physical incapacity** |
| ___ | (1)(B) | **NARA exam**ination (28:2902) |
| ___ | (1)(D) | State or Federal trials or **other charges pending** |
| ___ | (1)(E) | **Interlocutory appeals** |
| ___ | (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) |
| ___ | (1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) |
| ___ | (1)(J) | **Proceedings under advisement** not to exceed thirty days |
| ___ | | Misc proc: Parole or prob rev, deportation, **extradition** |
| ___ | (1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less |
| ___ | (1)(I) | Consideration by Court of **proposed plea agreement** |
| ___ | (2) | **Prosecution deferred** by mutual agreement |
| ___ | (3)(A)(B) | **Unavailability of defendant** or **essential witness** |
| ___ | (4) | Period of **mental or physical incompetence** of defendant to stand trial |
| ___ | (5) | Period of **NARA commitment or treatment** |
| ___ | (6) | **Superseding indictment** and/or **new charges** |
| ___ | (7) | **Defendant awaiting trial of co-defendant** when no severance has been granted |
| ___ | (8)(A)(B) | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance |
| ___ | (8)(B)(I) | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) |
| ___ | | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) |
| ___ | (8)(B)(ii) | 2) **Case** unusual or **complex** |
| ___ | (8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days |
| X | (8)(B)(iv) | 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) |
| ___ | 3161(I) | Time up to **withdrawal of guilty plea** |
| ___ | 3161(b) | **Grand jury indictment time extended** thirty (30) more days |

Letter codes column: A B C D E F G H 6 7 I M N O P R T T1 T2 T3 (T4) U W

Date 4-29-08　　　　　　　　　　　　　　　　　_JMA_
　　　　　　　　　　　　　　　　　　　　　　Judge's Initials