# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Lucio Rodriguez_                                    No. _08CR1501-WQH_

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on ___8/25/08___ and ended on ___9/12/08___.

**3161(h)**

___(1)(A)  Exam or hrg for **mental or physical incapacity**                          A

___(1)(B)  **NARA exam**ination (28:2902)                                              B

___(1)(D)  State or Federal trials or **other charges pending**                        C

___(1)(E)  **Interlocutory appeals**                                                   D

___(1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)                E

___(1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)                   F

___(1)(J)  **Proceedings under advisement** not to exceed thirty days                  G

___       Misc proc:  Parole or prob rev, deportation, **extradition**                 H

___(1)(H)  **Transportation** from another district or to/from examination
           or hospitalization in ten days or less                                     6

___(1)(I)  Consideration by Court of **proposed plea agreement**                       7

___(2)     **Prosecution deferred** by mutual agreement                                I

___(3)(A)(B)  **Unavailability of defendant** or **essential witness**                 M

___(4)     Period of **mental or physical incompetence** of defendant to
           stand trial                                                                 N

___(5)     Period of **NARA commitment or treatment**                                  O

___(6)     **Superseding indictment and/or new charges**                               P

___(7)     **Defendant awaiting trial of co-defendant** when no severance
           has been granted                                                            R

___(8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than
           one of the reasons below are given in support of continuance                T

_X_(8)(B)(i)(1) Failure to **continue** would stop further proceedings or
           result in **miscarriage of justice**                                        T1

___(8)(B)(ii)  2) **Case** unusual or **complex**                                      T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in
           thirty (30) days                                                            T3

___(8)(B)(iv) 4) **Continuance** granted in order to obtain or **substitute
           counsel,** or give reasonable time to prepare                               T4

___3161(I)  Time up to **withdrawal of guilty plea**                                   U

___3161(b)  **Grand jury indictment time extended** thirty (30) more days              W

Date _8/22/08_                                    _WQH_
                                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                  Judge's Initials